1424

## MERIT DOCKET

**92–454.** State, ex rel. Thrower, v. Beacon Journal Publishing Co. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that said writ be, and the same is hereby, denied, effective March 13, 1992.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–497.** State, ex rel. Wyatt, v. Lucas Cty. Probate Court. In Procedendo and Prohibition. This cause originated in this court on the filing of a complaint for a writ of procedendo and prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that said writ be, and the same is hereby, denied, effective March 13, 1992.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

## MOTION DOCKET

**91–172.** State v. Mills. *Hamilton County,* No. C–880581. On motion for stay. Motion granted.

**91–641.** Hybud Equip. Corp. v. Sphere Drake Ins. Co., Ltd. *Summit County,* No. 14597. On motion for leave to proceed in *pro hac vice.* Motion granted.

On motion to dismiss new arguments in cross-appeal. Motion denied.

MOYER, C.J., H. BROWN and RESNICK, JJ., dissent.

JUDITH A. CHRISTLEY, J., of the Eleventh Appellate District, sitting for HOLMES, J.

**91–1589.** State v. Van Gundy. *Franklin County,* Nos. 90AP–473, 90AP–475, 90AP–477 and 91AP–474. On motions for joinder. Motions granted.

**92–443.** State v. Wilson. *Lorain County,* No. 92CA005292. On motion for stay. Motion denied.

MOYER, C.J., SWEENEY and DOUGLAS, JJ., would also dismiss the appeal.

## DISCIPLINARY DOCKET

**90–2537.** Cincinnati Bar Assn. v. Sack. *Sua sponte,* the one-year suspension of Robert H. Sack, Attorney Registration No. 0010178, stayed in *Cincinnati Bar Assn. v. Sack* (1991), 60 Ohio St.3d 37, 572 N.E.2d 685, is immediately imposed; this cause is referred to the Office of Disciplinary Counsel; and this matter is referred to the Attorney General for collection.

DOUGLAS and WRIGHT, JJ., would immediately suspend Sack indefinitely and notify all courts of this suspension.

**91–411.** Cleveland Bar Assn. v. Harrison. *Sua sponte,* the six-month suspension of Gladys E. Harrison, Attorney Registration No. 0016051, stayed in *Cleveland Bar Assn. v. Harrison* (1991), 61 Ohio St.3d 91, 573 N.E.2d 75, is immediately imposed.

DOUGLAS and WRIGHT, JJ., would immediately suspend Harrison indefinitely until she is in full compliance with this court's orders.

**91–858.** Cincinnati Bar Assn. v. Weber. *Sua sponte,* a show cause order is issued and Terry A. Weber, Attorney Registration No. 0023241, is indefinitely suspended from the practice of law until he purges himself of contempt.

**91–2217.** Disciplinary Counsel v. Pagac. Paul Pagac III, Attorney Registration No. 0015049, is reinstated to the practice of law.